(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __BLANE A. CORNISH, 158491__
   (Name of Plaintiff)     (Inmate Number)

__P.O. Box 9561, Wilm, DE 19809__

(Complete Address with zip code)

07-761

(2) _____
   (Name of Plaintiff)     (Inmate Number)

(Case Number)
(to be assigned by U.S. District Court)

_____

(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __George Dandy (CivicGenic)__
(2) __Frank Costow (CivicGenic)__
(3) __Doug Pettiford (CivicGenic)__
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

Jury Trial Requested

FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:  IFP

N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? IN The Theraputic Community we have formal Complaints. which I did File.

2. What was the result? As of this Date the Director Nor Supervisor has Come to me to try to resolve this matter.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: George DANDY
Employed as Director (Civigenics) at Civigenics Key North
Mailing address with zip code: 300 Water St. Dover De 19904.

(2) Name of second defendant: Frank Coston
Employed as Supervisor at Civigenics Key North
Mailing address with zip code: 300 Water St. Dover De 19904-

(3) Name of third defendant: Doug Pettiford
Employed as T.C. at Civigenics, Key North
Mailing address with zip code: 300 Water St. Dover De 19904-

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

*STATE OF CLAIM*

Director GEORGE DANDY of the CiviGenic KEY NORTH program.

#1

Director GEORGE DANDY was responsible for making sure that the environment of the CiviGenic KEY NORTH DRUG program was a physically safe environment for me and other community members. Mr. DANDY failed to do so after he an CiviGenic ING. allowed me to be punched in the right eye and suffer damage, by a community member NAME SEAN DAVIS. Who punch me in my eye for having a job position in the program as coor. Experditor. mr. DANDY and CiviGenic ING. neglected me a physically safe environment when he and CiviGenic ING. made a choose to allow SEAN DAVIS back in to the CiviGenic KEY NORTH program after he was discharge from the program on or about 3-21-07 for refusing to following program rule. He was sent to 1-E or F, which is a pod for punishing people. THAN on or about 4-2-07 mr. SEAN DAVIS was brought back to the CiviGenic KEY NORTH DRUG program and excepted back in to the program., And the CiviGenic KEY NORTH program and Director DANDY should have known about Mr. SEAN DAVIS problem with not following program rules, this is were my physically safe environment was neglected by Director DANDY. THAN on or about 8-21-07 SEAN DAVIS punch me in my eye caused injury to my eye that has croked the vitreous part of my eye and cause me to have eye problems that I didn't have prior to being place in to the CiviGenic KEY NORTH program. Now I'm seeing a eye specialist for my injurys.

STATE OF CLAIM
FRANK COSTON, SUPERVISOR
CiviGenic ING. KEY NORTH program

2

Supervisor, FRANK COSTON was responsible for making sure that the environment of the CiviGenic KEY NORTH DRUG program was a physically safe environment for me and other community members. Mr. COSTON failed to do so after he an CiviGenic IMG. allowed me to be punch in my right eye by a community member name SEAN DAVIS who was discharged from the CiviGenic program on or about 3-21-07 because he didn't want to comply to CiviGenic program rules. And was sent to 1-E or F, which is a pod for punishment. And then was brought back to the CiviGenic program on or about 4-2-07 and then on or about 8-21-07 SEAN DAVIS punch me in my eye (eye) and now I have a croaked vitreous and other problems with my eye that are causing me to see a specialist. IF Mr. Coston an the CiviGenic rules had review Mr. Davis re-entry in to the program after his discharge, my eye and my physical safty would not have been taken away. The staff, Mr. Coston made a decision to allow Mr. DAVIS back in to the CiviGenic KEY NORTH program, which in turn was a result of my injury to my EYE.

STATE OF CLAIM

Doug Pettiford (T.C.)
CiviGenic ING Key North program

#3

Doug Pettiford, CiviGenic ING, was responsible for making sure that the CiviGenics KEY NORTH DRUG program is a physically safe environment for myself and other community members. THE company failed to do so because I was punch in my right eye way'll I was sitting down in a chair by another community member. Because I held a position in the program called Coor, Experditor. THE experditors are the ear and the eyes of the community that monitor all attitude's and behaviors of community members. So this position that I held job detail me to write the community members up for there nagative attitude's and behaviors, THis caused the community (members) to become up set, some of them and it's result was me having my eye injured. THese position are given to community members like myself by staff and other community members in higher positions. I am going to see a eye specialist because my eyes has been hurt very bad. Before I enter this CiviGenic program my eye's were very good, Now my vision is poor and I have a craked vitreous and bubble's coming an going in my right eye Now. THE Civi Genics, ING should have had some sort of protection for me and other community member to pervent other community members from hurting them, my safety was at risk, and in turn I was injured.

RELIEF

I would like the Court to make the defendants pay for all medical bills for all problems that I have cerning my right eye. And pay for glass's that I also have to were since this incident happen. I want them to pay for all bills cerning my right eye for the rest of my life, And for the pain an suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Signed *Blanc Cornish*   day of Nov 20,   2007

*Blanc A Cornish*
Signature of Plaintiff

