IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLANE A. CORNISH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-761-JJF |
| GEORGE DANDY, FRANK COSTON, and DOUG PETTIFORD, | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 21 day of February, 2008, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

2. Plaintiff is given leave to **AMEND** the Complaint. The amended complaint shall be filed within **thirty days** from the date of this Order. If an amended complaint is not filed within the time allowed, then the case will be **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE