TO: THE CLERK, For the United State District Court
From: BLANE A. CORNISH, CASE NO. 1:07-cv-761-JJF
RE: Amended complaint
DATE: 2/22/08

FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

TO THE COURT:

I'm writting this letter along with a amended complaint in which I would like added to my original complaint, nameing another defendant Elaine Lancaster. And its another violation of my patients Rights that I stated in my First complaint when the CivicGenic staff violated my patients Rights. And deprived me of a physical safe environment which is a violation of my patients rights also in my original argument. PLEASE add this amended complaint.

THANK you for your time and under standing.

Respectfully Yours
Blane Cornish



BLANE A. CORNISH, 158491
P.O. BOX 9561
Wilmington, DE 19809

OFFICE OF THE CLERK
United STATE DISTRICT COURT
844 NORTH KING st. Lockbox 18
Wilmington, Delaware 19801

Legal
mail