IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLANE A. CORNISH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-761-JJF |
| GEORGE DANDY, FRANK COSTON, DOUG PETTIFORD, and ELAINE LANCASTER, | : |
| Defendants. | : |

### ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that:

The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Amended Complaint would be futile.

May 13, 2008
DATE

UNITED STATES DISTRICT JUDGE